667 A.2d 188

NANCY STRUBE, PLAINTIFF–APPELLANT, v. THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS (T.I.L.) INDIVIDUALLY AND D/B/A THE TRAVELERS COMPANIES, WEBSTER M. GRIMM AND C.I.A.P.N.J., DEFENDANTS–RESPONDENTS.

Argued October 23, 1995—Decided December 6, 1995.

*Craig J. Hubert* argued the cause for appellant (*Brotman & Graziano,* attorneys; *Mr. Hubert* and *Dennis S. Brotman,* of counsel and on the brief).

*Michele M. Fox* argued the cause for respondent The Travelers Indemnity Company of Illinois, etc. (*Kenney & Kearney,* attorneys; *Ms. Fox* and *Ralph R. Smith, 3rd,* on the brief).

*C. Edward Speidel* argued the cause for respondent Webster H. Grimm, improperly pleaded as Webster M. Grimm (*Golden, Rothschild, Spagnola & DiFazio,* attorneys).

*Marc L. Dembling* argued the cause for respondent C.I.A.P.N.J. (*Berlin, Kaplan, Dembling & Burke,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Baime's opinion of the Appellate Division, reported at 277 *N.J.Super.* 236, 649 A.2d 624 (1994).

STEIN and COLEMAN, Justices, dissenting.

We would reverse, substantially for the reasons expressed in Judge Kestin's dissenting opinion, reported at 277 *N.J.Super.* 236, 649 A.2d 624 (1994).

*For affirmance*—Chief Justice WILENTZ, and Justices HANDLER, POLLOCK, O'HERN and GARIBALDI–5.

*For reversal*—Justices STEIN and COLEMAN–2.